## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FUSION IP LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-cv-01460-RGA |
| | ) | |
| VIDYO, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## STIPULATION FOR EXTENSION OF TIME

Plaintiff Fusion IP LLC and Defendant Vidyo, Inc. ("Vidyo"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that Vidyo's time to answer, move or otherwise plead in response to Plaintiff's Complaint (D.I. 1) shall be extended sixty (60) days to January 22, 2021.


*/s/ David W. DeBruin*                          */s/ Kenneth L. Dorsney*
David W. DeBruin (#4846)                    Kenneth L. Dorsney (#3726)
Gawthrop Greenwood, PC                     MORRIS JAMES LLP
3711 Kennett Pike, Ste 100                    500 Delaware Ave., Ste. 1500
Wilmington, DE 19807                          Wilmington, DE 19801-1494
302-777-5353                                       (302) 888-6816
ddebruin@gawthrop.com                      *kdorsney@morrisjames.com*

*Attorneys for Plaintiff*                          *Attorneys for Defendant*


**SO ORDERED** this _____ day of _____, 2020.


                                                    _____
                                                    United States District Court Judge


10909761/1